**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 4:24-cv-10043-DPG**

CHRISTOPHER SMILGIN,

      Plaintiff,

v.

EOS HOSPITALITY, LLC,

      Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, **CHRISTOPHER SMILGIN** ("Plaintiff") and Defendant, **EOS HOSPITALITY, LLC,** ("Defendant") (collectively, "Parties") by and through their undersigned counsel, hereby submit this Joint Stipulation of Dismissal with Prejudice in the above captioned action. Accordingly, each party shall bear its own attorneys' fees and costs.

Dated this 9th day of October 2024.

*(This space left intentionally blank)*

| | |
|---|---|
| */s/ Noah E. Storch*<br>Noah E. Storch, Esq.<br>Florida Bar No. 0085476<br>RICHARD CELLER LEGAL, P.A.<br>10368 W. State Road 84, Suite 103<br>Davie, FL  33324<br>Tel. (866) 344-9243<br>Fax (954) 337-2771<br>noah@floridaovertimelawyer.com<br><br>*Counsel for Plaintiff* | */s/ Jose I. Leon*<br>Jose I. Leon, Esq.<br>Florida Bar No. 0958212<br>jleon@grsm.com<br>GORDON & REES<br>SCULLY MANSUKHANI<br>100 SE Second Street, Suite 3900<br>Miami, Florida 33131<br>Telephone:  305-428-5322<br><br>*Counsel for Defendant* |